IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              No. CR 17-3248 JB

JONATHAN ROMO-RIVERA,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION
## CONTINUE TRIAL SETTING FOR MARCH 5, 2018

THIS MATTER IS BEFORE THE COURT, through Defendant, JONATHAN ROMO-RIVERA, by and through his attorney of record, Santiago E. Juarez, Esq., to continue the Trial Setting for March 5, 2018 at 9:00 am.

THE COURT BEING APPRISED in the basis for the requested relief and finding good cause for the granting of the motion. Assistant US Attorney, Shana Long, is not opposed to the requested relief.

The requested continuance is in the best interest of justice and in the best interest of Mr. Romo-Rivera. This request is not for the purpose of delay or to gain an unfair advantage by either party to this action.

DEFENDANT HEREBY STIPULATES that he waives his rights to a speedy trial under 18 U.S.C. § 3161, to the extent that the period of time from March 5, 2018.

IT IS THE FINDING OF THE COURT that the motion should be and hereby is GRANTED. The Trial Setting for March 5, 2018, is hereby reset for March 26, 2018 at 9:00 a.m. (trailing docket).

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 12 2018
MATTHEW J. DYKMAN
CLERK

_/s/ James O. Browning_
                                                              United States District Judge

Submitted by:

_/s/ Santiago E. Juarez_
Santiago E. Juarez, Esq.
Attorney for Jonathan Romo-Rivera
1822 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 246-8499
(505) 246-8599 facsimile
santiago@amparolegalservicesllc.com

Approved by:

_(Electronic Approval 03-02-18)_
Shana Long
Assistant US Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
shana.b.long@usdoj.gov

> After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed March 2, 2018 (Doc. 31). Specifically, the Defendant's need to get a plea date set, outweigh the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The Court will set the trial for __March 26, 2018__. This _21_ day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

3/7/18