IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                    Case No. 1:17-cr-3248-JMC

v.

JONATHAN ROMO-RIVERA,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

On June 14, 2018, Defendant filed a Motion to Continue Sentencing Hearing. In that motion, Defendant states that his counsel is scheduled to be in arbitration in Silver City, New Mexico on June 21, 2018. The sentencing hearing in this matter currently is scheduled on June 21, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Motion to Continue Sentencing Hearing (Doc. 44) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

                                                        Entered for the Court
                                                        this the 14th day of June, 2018

                                                        /s/ Joel M. Carson III
                                                        Joel M. Carson III
                                                        United States Circuit Judge
                                                        Sitting by Designation